FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 2 2011

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00409-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

RAHEEM DAVIS,

       Petitioner,

v.

BUREAU OF PRISONS, et. al.,

       Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCY

---

      Petitioner has submitted a Writ of Habeas Corpus, a Declaration and an

Affidavit.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the submitted documents are deficient as described in this order.

Petitioner will be directed to cure the following if he wishes to pursue his claims.  Any

papers which the Petitioner files in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __X__    is not submitted
(2)   __  __    is missing affidavit
(3)   __  __    is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)   __X__    is missing certificate showing current balance in prison account
(5)   __  __    is missing required financial information
(6)   __  __    is missing an original signature by the prisoner
(7)   __  __    is not on proper form (must use the court's current form)
(8)   __  __    names in caption do not match names in caption of complaint, petition or

|      |     | habeas application |
| (9)  | __  | An original and a copy have not been received by the court. |
|      |     | Only an original has been received. |
| (10) | X   | other: Motion is necessary only if $5.00 filing fee is not paid in advance. |

**Complaint, Petition or Application**:

| (11) | __ | is not submitted |
| (12) | X  | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | X  | other: The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian. |

Accordingly, it is

ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and the action will be dismissed without further notice. The dismissal shall be without prejudice.

2

DATED March 2, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-00409-BNB

Raheem Davis
Reg No. 58146-054
ADX Florence
P.O. Box 8500
Florence, CO 81226

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on March 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
                        Deputy Clerk