IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 8 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00409-BNB

RAHEEM DAVIS,

     Applicant,

v.

BUREAU OF PRISONS, et al.,

     Respondent.

---

## ORDER OF DISMISSAL

---

     Applicant, Raheem Davis, is a prisoner in the custody of the United States

Bureau of Prisons who currently is incarcerated at the United States Penitentiary in

Florence, Colorado. He initiated this action by filing *pro se* documents titled "Writ of

Habeas Corpus," "Declaration," and "Affidavit."

     In an order filed on March 2, 2011, Magistrate Judge Boyd N. Boland directed the

clerk of the Court to commence a civil action and directed Mr. Davis to cure certain

deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland

ordered Mr. Davis to file on the proper form an application for a writ of habeas corpus

pursuant to 28 U.S.C. § 2241 that named the proper Respondent and did not use "et al."

in the caption to indicate parties. Magistrate Judge Boland also ordered Mr. Davis

either to pay the $5.00 filing fee or to file a properly supported motion seeking leave to

proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Rule 3(a)(2) of the Rules

Governing Section 2254 Cases in the United States District Courts requires such a

motion. Rule 1(b) of the Rules Governing Section 2254 Cases applies the rules to habeas corpus actions pursuant to § 2241.  Lastly, Mr. Davis was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Davis has failed to cure the designated deficiencies within the time allowed or otherwise to communicate with the Court in any way.  Therefore, the application will be denied and the action dismissed without prejudice for failure to cure the deficiencies designated in the March 2 order to cure, and for Applicant's failure to prosecute.

Accordingly, it is

ORDERED that the habeas corpus petition is denied and the action dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for the failure of Applicant, Raheem Davis, to cure the deficiencies designated in the March 2, 2011, order to cure, and for his failure to prosecute.

DATED at Denver, Colorado, this _8th_ day of ___April_____, 2011.

BY THE COURT:


____s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00409-BNB

Raheem Davis
Reg No. 58146-054
ADX Florence
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 8, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk